UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

File Number:  **11-62422-JIC**

LEON FRENKEL, et al.,

    Plaintiffs,

v.

JOHN P. ACUNTO, et al.,

    Defendants.

_____/

**NOTICE OF NON-REPRESENTATION
AND REQUEST FOR REMOVAL FROM THE SERVICE LIST**

NOTICE is hereby given that the undersigned, Randall D. Burks, Esq., of The Law Offices of Robin Bresky, does not represent JOHN P. ACUNTO, ET Al. in the above-styled matter, and requests to be removed from the service list in this matter. As grounds, he would state:

On April 25, 2013, the undersigned appeared only for the limited purpose of filing a Notice of Appeal as appellate counsel in the Eleventh Circuit Court of Appeals. [D.E. 36, 37.] Currently the undersigned does not represent the Defendant(s) in any capacity or in any court, including in this District Court. Thus, the undersigned should be removed from the service list. Alternatively, the Court should grant leave for the undersigned to withdraw from being listed as a counsel on the record, for the reasons stated above.

WHEREFORE, Randall D. Burks, Esq., respectfully requests that the Court should recognize this Notice of Non-representation and remove him from the list of counsel and service list in this case or, alternatively, grant this as a motion to withdraw from being listed as a counsel on the record and remove the undersigned from the list of counsel and service list in this case.

Respectfully submitted,

/s/ Randall D. Burks
Randall D. Burks, Esq.
Fla. Bar No. 561101
LAW OFFICES OF ROBIN BRESKY
6111 Broken Sound Pkwy NW, Suite 260
Boca Raton, FL 33487-3643
Telephone: (561) 994-6273
Facsimile:  (561) 880-6900
Email: RBurks@BreskyAppellate.com
*Former Appellate Attorney for Acunto*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this **20th day of June, 2016**, a true and correct copy of the foregoing Document has been filed with the Clerk of the Court using its CM/ECF system and the CM/ECF system will send a notice of the electronic filing to the following:

**Mark D. Kushner, Esq.** (FBN: 21056)
KUSHNER LAW, P.L.
12555 Orange Drive, Suite 211
Davie, Florida 33330


Telephone: 954-862-1430
Fax No.: 954-862-1431
Email: mdk@mkushnerlaw.com
*Attorney for Plaintiffs*

**L. Rachel Dolnick, Esq.** (FBN: 898392)
BLOOM & FREELING
2295 NW Corporate Blvd. Ste. 117
Boca Raton, Florida 33431-7330
Telephone: (561) 864-0000
Facsimile: (561) 864-0001
E-mail: rdolnick@bloom-freeling.com
& dolnicklaw@bellsouth.net
*Attorney for Defendant*

                                        /s/ Randall D. Burks
                                        Randall D. Burks, Esq.