**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: **0:11-CV-62422-COHN/SELTZER**

LEON FRENKEL, et al.,

    Plaintiffs,

v.

JOHN P. ACUNTO, et al.,

    Defendants.

_____/

**COUNSEL'S RENEWED MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY FOR DEFENDANT, JOHN P. ACUNTO**

Undersigned counsel for Defendant, John P. Acunto ("Acunto"), Jonathan Bloom, Esq. ("Bloom"), L. Rachel Dolnick, Esq., and Bloom & Freeling (collectively, "Counsel"), move this Court for the entry of an Order allowing them to withdraw as counsel of record for Defendant, Acunto, and as grounds therefor state:

1. Irreconcilable differences have arisen between Counsel and Acunto.

2. All issues raised by Plaintiffs in their previously filed Motion to Enforce Settlement Agreement and Motion to Compel Release of Citibank Documents [DE 139] (the "Motion to Enforce") have been resolved.

3. Counsel previously filed a Motion to Withdraw as counsel for Acunto [DE 140], however, due to the issues raised in Plaintiffs' Motion to Enforce, the Motion to Withdraw was denied without prejudice to renew same after the issues raised in the Motion to Enforce were resolved [DE 152].

4. A hearing on the Motion to Compel was held in front of the Honorable Magistrate

Seltzer, after which a Report and Recommendation was entered.  [DE 156].

5.   Thereafter, this Court entered an Order Adopting Report and Recommendation and Granting Motion to Enforce Settlement Agreement (the "Order").  [DE 157].

6.   Bloom has complied with all of his obligations set forth in the Order.

7.   In addition, Bloom has still not heard from Acunto and still has been unable to reach him by e-mail and telephone.

8.   Accordingly, Counsel renews the previously filed Motion to Withdraw and respectfully request leave to withdraw as Acunto's counsel in this matter.

9.   Rachel Dolnick, Esq., as counsel designated to receive and file papers and with whom Plaintiffs' counsel and the court may communicate under this Court's Paperless Order dated August 25, 2014 [DE 118], also requests leave to withdraw.

WHEREFORE, Jonathan Bloom, Esq., L. Rachel Dolnick, Esq., and Bloom & Freeling respectfully request this Court to grant the Motion to Withdraw, and grant such other and further relief as this Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues raised in the motion but has been unable to resolve the issues.

BLOOM & FREELING

s/ L. Rachel Dolnick
L. RACHEL DOLNICK, ESQ.
Fla. Bar No. 898392
2295 N.W. Corporate Boulevard, Suite 117
Boca Raton, Florida  33431
Tel.:  (561) 864-0000

Dated: October 28, 2016

Respectfully submitted,


/s/ *L. Rachel Dolnick*
L. Rachel Dolnick, Esq.
Florida Bar No. 898392
BLOOM & FREELING
2295 NW Corporate Blvd. Ste. 117
Boca Raton, Florida 33431-7330
Telephone: (561) 864-0000
Facsimile: (561) 864-0001
E-Mail: rdolnick@bloom-freeling.com
    & dolnicklaw@bellsouth.net
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 28th day of October, 2016, a true and correct copy of the foregoing has been filed with the Clerk of the Court using its CM/ECF system, and the CM/ECF system will send a notice of the electronic filing to the following:

**Mark D. Kushner, Esq**. (FBN: 21056)
KUSHNER LAW, P.L.
12555 Orange Drive, Suite 211
Davie, Florida 33330
Telephone: 954-862-1430
Fax No.: 954-862-1431
Email: mdk@mkushnerlaw.com
*Attorney for Plaintiffs*

**John P. Acunto**
Last known address:
204 Centre Island Rd.
Centre Island, NY 11771
Work - 212-652-5600
Cell – 561-654-1213
Email:  jpapartners@gmail.com
       john@acunto.com
       john@playgigit.com

                                /s/ *L. Rachel Dolnick*
                                L. Rachel Dolnick, Esq.