UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62422-CIV-COHN/SELTZER

LEON FRENKEL, et al.,

    Plaintiffs,

vs.

JOHN P. ACUNTO, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** has come before the Court upon the Renewed Motion for Leave to Withdraw as Attorney for Defendant, John P. Acunto [DE 158], filed on behalf of Jonathan Bloom, Esq., L. Rachel Dolnick, Esq., and the law firm of Bloom & Freeling (collectively, "Counsel"). The Court denied without prejudice Counsel's previous application to withdraw, but granted Counsel the opportunity to renew the motion after resolution of Plaintiffs' Motion to Enforce Settlement Agreement and Motion to Compel Release of Citibank Documents [DE 139].

The Court entered an Order enforcing the settlement agreement [DE 157]. Counsel represents that attorney Bloom has complied with all of his obligations under the Order and renews the motion for leave to withdraw as counsel for John P. Acunto. Plaintiffs have not filed an objection to the request for leave to withdraw. The Court is satisfied that good cause exists for the relief requested. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Renewed Motion for Leave to Withdraw as Attorney for Defendant, John P. Acunto [DE 158] is **GRANTED**. Jonathan Bloom, Esq.,

L. Rachel Dolnick, Esq., and the law firm of Bloom & Freeling are hereby terminated as counsel of record for John P. Acunto in this matter. Counsel is directed to serve a copy of this Order on John P. Acunto at his last known address by certified U.S. Mail.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 15th day of November, 2016.

BARRY S. SELTZER
United States Magistrate Judge